JOSEPH W. PINCK, RELATOR, v. JOHN JELLEME, BUILDING INSPECTOR OF THE CITY OF PASSAIC, DEFENDANT.

Decided November 24, 1924.

**Ordinances—Zoning—Case Controlled by Ignaciunas v. Risley Case.**

On application for *mandamus*.

Before Justices KALISCH, BLACK and CAMPBELL.

For the relator, *Jacob I. Jaffe.*

For the defendant, *Albert O. Miller* and *Harry H. Weinberger.*

PER CURIAM.

The relator applied to John Jelleme, building inspector of the city of Passaic, for a permit to erect a two-family two-and-one-half-story house upon premises known and desig-

nated as No. 144 Paulison avenue, in the city of Passaic. Although the relator had complied with the municipal regulations governing such an application the permit was re- fused.

The sole reason for the refusal of the permit is that the land in question has been placed in Residence "A" District, under the zoning ordinance of that municipality.

We think the facts of this case fall within the doctrine laid down in *Ignaciunas* v. *Risley*, 1 *N. J. Adv. R.* 1023; 121 *Atl. Rep.* 783, which case is controlling here.

A peremptory writ is ordered.